

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00075-CV

Robert James **HENRY**,
Appellant

v.

**TAX APPRAISAL DISTRICT OF BELL COUNTY**,
Appellee

From the 169th Judicial District Court, Bell County, Texas
Trial Court No. 233,829-C
The Honorable Gordon G. Adams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellee Tax Appraisal District of Bell County recover its costs of this appeal from appellant Robert James Henry.

SIGNED December 18, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice